## UNITED STATES DISTRICT COURT

### DISTRICT OF MONTANA

### MISSOULA DIVISION

| | |
|---|---|
| **IRONWOOD MANUFACTURING, INC.** )<br>         **Plaintiff,**            )<br>                                              )<br>                                              )<br>     **v.**                                 )<br>                                              )<br>**S.P. RICHARD COMPANY**    )<br>         **Defendant.**          )<br>                                              ) | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 06-1-M-WFN |

_X_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

The jury verdict has rendered its verdict in favor of defendant, S.P. Richards Co. and against plaintiff, Ironwood Manufacturing, Inc.  S.P. Richards Company owes Ironwood Manufacturing, Inc. damages in the amount of $180,518.42.

Dated this 21st day of June, 2007.

PATRICK E. DUFFY, CLERK

By: ___/s/ C. Piazza_____
Deputy Clerk